UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| Plaintiff, | ) Case No. 03-707-DRH |
| | ) |
| v. | ) |
| | ) |
| **Jerry Shaw,** | ) |
| | ) |
| Defendant, | ) |
| | ) |
| ========================= | ) |
| **Amsted Rail Co. Inc.,** | ) |
| | ) |
| Garnishee. | ) |

**GARNISHEE ORDER**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on November 4, 2011, stating that at the time of the service of the Writ he did not have in his possession or under his control personal property belonging to and due Defendant, except that Garnishee is indebted to Defendant for wages as they become due and payable.

On October 20, 2011, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay 25% of the Defendant's net wages to Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full, until the Garnishee is no longer employed by the Defendant or until further

Order of this court.

Payments are to be made payable to the U.S. Department of Justice and mailed to the U.S. Attorney's Office, Attn:  Financial Litigation Unit, Nine Executive Dr.,  Fairview Heights, Illinois  62208.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

**Dated: November 15, 2011.**

Digitally signed by David R. Herndon
Date: 2011.11.15 10:51:12 -06'00'

**Chief Judge**
**United States District Court**