IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.          No. 3:03-cv-00707-DRH

**JERRY SHAW,**

    **Defendant.**

=====================================

**EXPRESS EMPLOYMENT PROFESSIONALS,**

    **Garnishee.**

## GARNISHEE ORDER

**HERNDON, District Judge:**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on November 4, 2011, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee is indebted to Defendant for wages as they become due and payable.

On November 13, 2017, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay 25% of the Defendant's net wages to Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property

belonging to the Defendant or until further Order of this court.

Payments are to be made payable to the U.S. Department of Justice and mailed to the U.S. Attorney's Office, Attn:   Financial Litigation Unit, Nine Executive Dr., Fairview Heights, Illinois   62208.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

Signed this 4th day of December, 2017.

Judge Herndon
2017.12.04
15:49:09 -06'00'

**UNITED STATES DISTRICT JUDGE**